AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Sergio Hirales Lopez

**WARRANT FOR ARREST**

CASE NUMBER: 08cr7036-IEG

To: The United States Marshal
and any Authorized United States Officer

**FILED**
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

YOU ARE HEREBY COMMANDED to arrest  Sergio Hirales Lopez
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 7/31/08
ARRESTED BY Self Surrendered to USMS
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED
2008 JUL 29 PM 4:08
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title      See Above      United States Code, Section(s)

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| J. Haslam /s/ | July 29, 2008   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $    NO BAIL SET    by    The Honorable Irma E. Gonzalez
                                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Class I "D"    Medica    Due 8/1