1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Lopez

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 08cr7036-IEG-01 |
| 12 Plaintiff, | |
| 13 v. | |
| | **NOTICE OF APPEARANCE** |
| 14 **SERGIO HIRALES LOPEZ JR.,** | |
| 15 Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: August 5, 2008        s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Lopez Jr.,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr7036-IEG-01 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **SERGIO HIRALES LOPEZ JR.,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    Efile.dkt.gc2@usdoj.gov

Dated: August 5, 2008

                                              s/ Michelle Betancourt
                                           MICHELLE BETANCOURT
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467 (tel)
                                           (619) 687-2666 (fax)
                                           e-mail: michelle_betancourt@fd.org